

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00679-CV

**IN RE SOUTHCROSS ENERGY PARTNERS, GP, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Citing section 9(c) of the court's Internal Operating Procedures ("IOPs"), the real parties in interest have requested clarification of the composition of the panel assigned to this original proceeding. Pursuant to section 8(e) of our IOPs, a panel is assigned to an original proceeding upon receipt of a petition. In accordance with section 8(e), the clerk of the court assigned the panel of Chief Justice Marion, Justice Barnard, and Justice Martinez to this original proceeding upon the filing of relator's petition on October 16, 2017. Although section 9(c) permits a panel assigned to an original proceeding to determine that the same panel should be assigned to another related matter, section 9(c) only applies when the other matter is "pending" in the court. Because original proceeding no. 04-17-00626-CV was dismissed on October 4, 2017, it was not "pending" in this court when relator filed its petition in this original proceeding. Accordingly, section 9(c) had no relevance in assigning the panel to this original proceeding.

It is so **ORDERED** on November 17, 2017.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. DC-16-139, styled *Ivy Gonzalez on Behalf of M. R. Gonzalez, et al. v. Southcross Energy Partners, GP LLC*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Ana Lisa Garza presiding.